# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VIRGINIA LENTZ, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **8:06CV418** |
| vs. ) | |
| ) | **ORDER** |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a telephone conference with counsel for the parties on April 2, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **May 7, 2007, at 10:30 a.m.**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 2nd day of April, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge