# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VIRGINIA LENTZ, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**THE UNITED STATES OF AMERICA,** )<br>)<br>Defendant. ) | **8:06CV418**<br><br>**ORDER** |

This matter is before the court following a telephone conference with counsel for the parties on May 7, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **June 7, 2007, at 9:00 a.m.**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 7th day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge