IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIRGINIA LENTZ, Administrator of the Estate of, Deceased, and Individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:06CV418<br><br><br><br>ORDER OF DISMISSAL |

The matter before the court is the plaintiffs' motion to dismiss with prejudice. Filing No. 24. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendant is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 24th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge